JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
RACHEL WAGNER, Supervising Trial Attorney - State Bar #127246
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 637-0268  Fax: (510) 238-6500
23245/333883

Attorneys for Defendants
CITY OF OAKLAND and
OAKLAND POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SHARON STEWART,

    Plaintiff,

v.

CITY OF OAKLAND; OAKLAND POLICE DEPARTMENT; SULLIVAN STALLLWORTH; and DOES 1 through 50, inclusive.

    Defendants.

Case No. C 03-5800 CRB

**MANUAL FILING NOTIFICATION OF EXHIBITS A, A(1), A(2), A(3), A(4) and EXHIBIT B**

Regarding: EXHIBITS A, A(1), A(2), A(3), A(4), and EXHIBIT B

    This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

    If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

1 [x] Voluminous Document (PDF file size larger than the efiling system allows)

2 [x] Unable to Scan Documents

3 [_] Physical Object (description): _____
4 _____

5 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

6 [_] Item Under Seal

7 [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

8 [_] Other (description): _____
9 _____

10
DATED: November 19, 2004
11
                              JOHN A. RUSSO, City Attorney
12                               RANDOLPH W. HALL, Chief Assistant City Attorney
                              RACHEL WAGNER, Supervising Trial Attorney
13                               CHRISTOPHER KEE, Deputy City Attorney

14
                       By: __/S/_____
15                          Attorney for Defendant,
16                          CITY OF OAKLAND

17

18

19

20

21

22

23

24

25

26