JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
RACHEL WAGNER, Supervising Trial Attorney - State Bar # 127246
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 637-0268     Fax: (510) 238-6500
23245/333853

Attorneys for Defendant
CITY OF OAKLAND
(OAKLAND POLICE DEPARTMENT)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON STEWART,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND; OAKLAND POLICE DEPARTMENT; SULLIVAN STALLLWORTH; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No. C 03-5800 CRB (MEJ)<br><br>**DEFENDANT CITY OF OAKLAND'S SUPPORTING EVIDENCE RE: MOTION FOR PARTIAL SUMMARY JUDGMENT; INDEX OF EXHIBITS**<br><br>Date: December 24, 2004<br>Time: 10:00 a.m.<br>Courtroom: 8<br><br>**Trial Date: January 24, 2004** |

## INDEX OF EXHIBITS

**Exhibit A:**     Declaration of Rachel Wagner

   **A(1):**   True and correct copies of portions of the reporters transcript of the July 2, 2004 Deposition of Sharon Stewart.

   **A(2):**   True and correct copies of portions of the reporters transcript of the November 8, 2004 Deposition of Sharon Stewart.

/ / /

/ / /

**A(3):** True and correct copies of Responses to Interrogatories served by plaintiff Sharon Stewart, by and through her counsel, on or about June 28, 2004.

**A(4):** A true and correct copy of plaintiff's claim under the California Government Code, first served on or about March 10, 2003.

**Exhibit B:** Declaration of Deputy Chief Peter Dunbar

Dated: November 22, 2004

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
RACHEL WAGNER, Supervising Trial Attorney
CHRISTOPHER KEE, Deputy City Attorney

By: _____/S/_____
Attorneys for Defendant